IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
LISA STICKLEY :
:
:
Debtor(s) : CASE NO. 5:23-02161

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATION OF NO PAYMENT ADVICES
PURSUANT TO 11 U.S.C. SECTION 521 (a)(1)(B)(iv)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, LISA STICKELY, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "paystubs"), as contemplated by 11 U.S.C. Section 521 (a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

X I did not receive payment advices due to factors other than those listed above (please explain) SSI Benefits, Annuity and Pension .
I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.


Date: 10/3/2023        /s/Lisa Stickley
                        LISA STICKLEY