# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

November 8, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Lisa Stickley**
             **Chapter 13 Bankruptcy**
             **Case No. 5:23-bk-02161**

Dear Sir/Madam:

    I have received returned mail for Lehigh Valley Hospital, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: 1245 S. Cedarcrest Blvd. Allentown, PA 18103-625. Please be advised the correct information is as follows.

        Lehigh Valley Hospital
        1627 W. Chew St.
        Allentown, PA 18102

I served the Notice and Chapter 13 at the above address on October 30, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/km