UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LISA STICKLEY               :   CHAPTER 13
        Debtor                      :
                                  :

        JACK N. ZAHAROPOULOS        :
        STANDING CHAPTER 13 TRUSTEE :
          Movant                    :
                                  :

        vs.                         :
                                  :

        LISA STICKLEY               :
          Respondent                :   CASE NO.   5-23-bk-02161


<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

        AND NOW, this   30th   day of October, 2023, comes Jack N. Zaharopoulos,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to
be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More
specifically, the debtor has excess non-exempt equity in the following:

                  a.   Residential real estate.   The Trustee has requested
                     proof of the value of the debtor's home as stated in
                     her schedules.
                  b.   Acreage

        2.   The Trustee avers that debtor(s)' plan is not feasible based upon the
following:

                  a.   The plan is underfunded relative to claims to be paid – 100% plan.
                  b.   The plan is inconsistent with Proofs of Claims filed and/or approved
                     by the Court – regarding Luzerne County Tax Claim Bureau.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable
and therefore Trustee prays that this Honorable Court will:

                  a.   Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Agatha R. McHale
Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 9th day of November, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA 18504

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee