UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   LISA STICKLEY               :   CHAPTER 13
          Debtor                  :
                               :

          JACK N. ZAHAROPOULOS      :
          STANDING CHAPTER 13 TRUSTEE   :
          Movant                 :
                               :

          vs.                     :
                               :

          LISA STICKLEY            :
          Respondent          :   CASE NO.   5-23-bk-02161


TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

        AND NOW, this   10th   day of April, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

        1.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

            a.   Insufficient Monthly Net Income as indicated on Schedules I and J.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

            a.   Deny confirmation of debtor(s) plan.
            b.   Dismiss or convert debtor(s) case.
            c.   Provide such other relief as is equitable and just.

                      Respectfully submitted:

                      Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      (717) 566-6097

            BY:      /s/Agatha R. McHale_____
                      Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 10th day of April, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA 18504

        /s/Deborah A. DePalma
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee